IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **AMERICAN BOAT CO., LLC, et al.**, | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. **06-788-GPM** |
| **UNITED STATES OF AMERICA,** | ) |
| Defendant. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is the United States' "Agreed Motion to Redesignate this Case as a 'Track C' Case." **(Doc. 11).** After consultation with Chief Judge Murphy, the motion is construed as seeking a revised schedule. Chief Judge Murphy has authorized moving the presumptive trial month from August 2007 to May 2008.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 11)** is **GRANTED IN PART AND DENIED IN PART**, in that the presumptive trial month will be extended and a pretrial schedule will be entered, but this shall remain a Track A case.

**IT IS FURTHER ORDERED** that the following schedule shall control:

1. All discovery shall be completed by **January 7, 2008**. The parties should amicably attempt to reach an agreement regarding interim discovery deadlines; any agreement should be memorialized in writing if it is to be enforced by the Court. If the parties cannot agree on interim deadlines, they should submit their competing proposals to the Court.

2. All dispositive motions shall be filed on or before **January 22, 2008**.

3. A settlement conference will be set by separate notice.

4. The final pretrial conference before Chief Judge Murphy will be set by separate

notice.

5. The revised presumptive trial month is **May 2008**.

No further extensions will be granted.

**IT IS SO ORDERED.**

**DATED: April 30, 2007**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**